# UNITED STATES DISTRICT COURT
for the
Southern District of New York
_____ Division

Case No. **19 CV 6787**
(to be filled in by the Clerk's Office)

Akeel Abdul Jamiel
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Mayor Bill De Blasio
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: *(check one)* [✓] Yes [ ] No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Akeel Abdul Jamiel
   Street Address: 544 Academy Street Apt # 41 A
   City and County: New York, NY, 10034
   State and Zip Code:
   Telephone Number: (212) 951-1962
   E-mail Address: akeelabdul184@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Bill DE Blasio
- Job or Title (if known): Mayor of the City of New York
- Street Address: 253 Broadway #10
- City and County: New York
- State and Zip Code: New York, 10007
- Telephone Number: 212-788-1400
- E-mail Address (if known): unknown

Defendant No. 2
- Name: THE City of New York
- Job or Title (if known): City Hall
- Street Address: City hall Mayor's office Broadway
- City and County: New York
- State and Zip Code: New York, 10007
- Telephone Number: 212-639-9675
- E-mail Address (if known): unknown

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question             [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Akeel Abdul Jamiel, is a citizen of the State of *(name)* New York.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$85,000,000.00 for my Pain & Suffering.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Please attached Page.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Statement Of Claim

**Attachment**

I'm suing Mayor Bill De Blasio for Negligence by providing sanctuary for illegal immigrants who are placing a hardship on me. violations of the United States Constitution in Equal protection of law, security, occupations and conditions not to effect residence. As a mayor he supposed to safeguard his citizens and fellow New Yorkers from such illegal immigrants. My Fourteenth Amendment are being violated by Mayor Bill De Blasio. As its stated. <u>No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within it's jurisdiction the equal protection of the laws.</u> As a result I am unable to find and keep a job and provide for my self nor will I able to keep a roof over my head. I'm forced to be homeless and be on public assistance due to his careless protection of the law as mayor and elected official.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*I'm Seeking the sum of 85,000,000.00 Dollars for my pain and suffering.*

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    July 19th, 2019

Signature of Plaintiff    *Akeel Abdul Jamiel*

Printed Name of Plaintiff    Akeel Abdul Jamiel

**B.    For Attorneys**

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____

United States District Court
Southern District Of New York

                                        Akeel Abdul Jamiel
                                                   -against-
                             Mayor Bill De Blasio & The City Of New York

To: The Honorable United States District Court

Enclosed are affidavit of service, a cover letter, a letter addressed to The United States District Court. Along with exhibits (A-E) total of 5 exhibits, and a full claim with forma pauperis All dated and signed, that I'm submitting in person to the court.

Respectfully Submitted

*Akeel Abdul Jamiel*

                                                                   Yours ETC
                                                    Akeel Abdul Jamiel

Date
July 19th, 2019

State Of New York

# AFFIDAVIT OF SERVICE

State Of New York
County Of New York

I, Akeel Abdul Jamiel, being duly sworn, Says and deposes that I am the litigant in this case.

I reside at 544 Academy street Apt 41 A. New York, NY. 10034.
I am over the age of 18 years old.

On this day ___Friday___ of July ___19th___ 2019. I'm submitted a letter addressed to the United States District Court, cover letter, along with exhibits A-E Toal of 5. And a full claim with forma pauperis. All signed and dated that I'm submitting in person to the United States District court at 500 pearl street New York, NY.

I completed service by depositing a true copy of the aforesaid documents in a postpaid properly Addressed envelope at a post office or official depository under the exclusive care and custody Of the United States Postal Service, and/or submitted in person.

___Akeel Abdul Jamiel___
Printed Name

Notary Acknowledgement

GRETCHER P HERNANDEZ
NOTARY PUBLIC-STATE OF NEW YO(
No. 01HE6362231
Qualified in Bronx County
My Commission Expires 07-31-202

State Of New York )
County Of New York )     (Seal )
                    )

The foregoing instrument was acknowledged before me this ___19th___ day Of ___July___ 2019, by me Akeel Abdul Jamiel the litigant subscribed to the within instrument.

___[signature]___
Signature

___[notary signature/seal]___
Notary Public