United States District Court
Southern District Of New York



Akeel Abdul Jamiel
-V-
Mayor Bill De Blasio & The City Of New York



19 CV 6787

To: The Honorable Court Of The United States Of America

Honorable Chief Judges, District Judges and Magistrate Judges, Ladies and Gentlemen Of The United States District Court. True Patriates Of This Great Nation.
   I am addressing your court today is because of the illegal immigration in New York City are placing a burden and a hardship on me and other unfortunate citizens. I'm afraid that it's going to cause crisis here in New York City and in New York State as a whole. And those crisis are going to grow to be the same exact crisis in California. As the homeless rate here in New York City at it's highest. Sooner or later it's going to be uncontrollable and there won't be enough funding to the homeless shelters. And that will result in people living on the side walk as there are some who already living on the side walk and trains. Just as in California. According to the census more people are fleeing New York City and New York State exceeding the amount of Californians fleeing California. As I recently and prior to this and the one before that, I wrote to the White House in several emails complaining from the illegal immigration here in New York as well as letters to the Trump's administration and the White House. Unfortunately, I did not save most of them to use as proof and exhibits, but I do have just enough to prove that I did contact the White House in regards to such situation. So today I've decided to Petition the court to raise a law suit against Mayor Bill De Blasio, for negligence by providing sanctuary for the illegals. As the illegals have placed a huge burden on me and other unfortunate citizens and residence here in New York City who can not make a living. Because of the illegals who took most of the jobs and control them. As I mentioned in my letters to the Trump's administration and The White House labeled exhibit (A) As well as in my recent letter addressed to Honorable Magistrate Judge Stewart D. Aaron labeled exhibit (B). A receipt email from The White House labeled exhibit (C). Another email from The President labeled exhibit (D). And finally my whole entire lawsuit against my previous job, involving the illegals and the pain and suffering they had caused me, labeled exhibit (E). Mayor Bill De Blasio is oppressing the unfortunate such as my self by providing sanctuary for the illegals known as the undocumented. As they had completely took most of the jobs, as they posses fraudulent documents and driver licenses. They are very racist and well organized like a crime family, that they only keep their brothern Mexicans and Central Americans. Any other than the mentioned nationality will be fired and replaced with another illegal, as they did to me in my most jobs. I even considered in applying for an asylum in Canada recently and I thought about my childhood that I spent on American soil. And I remember when I turned 18 yrs old, I had signed the selective service card and mail it to the selective service. As I did try to enlist in the United States Army while I was in high school but my disability had prevented me from joining the army. And therefore I have decided to take

a step forward and stand up to this irresponsible and careless Mayor and bring him up on his <u>negligence and violations of the United States Constitution in Equal protection of law, security, occupations and conditions not to effect residence</u> that does not apply to illegal aliens, as they are illegal. As in article one Of The United States constitution he supposed to establish law for the city and its residence to protect against illegal invaders who come to New York City illegally. <u>As a mayor he supposed to safeguard his citizens and fellow New Yorkers from such illegal immigrants.</u> I guess the wellbeing of New Yorkers is not important to him, but the wellbeing of illegal Mexicans and Central Americans are more important to him. Ladies and gentlemen of the United States court there are no illegals or illegal families in shelters. Why? because they possess all the jobs and all of them have apartments. I ask, is that fare? <u>No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within it's jurisdiction the equal protection of the laws.</u> Fourteenth Amendment Of The United States constitution <u>he is in violation of and many more.</u> As all the above does not pertain to any illegal alien who is inviolation of the United States constitution and law. <u>where is his protection</u>? That he supposed to protect jobs from such illegal occurrences. But instead he condones such violations of laws and therefore he is unfit to be a mayor and he should be impeached for such unlawful actions. I hope that the United States District Court as a federal Court and a Superior law shines a light upon the hardship that illegal immigration have caused on us .

Sincerely

Akeel Abdul Jamiel

*[signature]*

Date: 07/19/2019

Respectfully Submitted

Exhibit (A)

Date: April 5th, 2019

From: Akeel Abdul Jamiel
To: The President Of The United States Of America Mr. Donald Trump

Dear Mr. President

Ladies and gentlemen of the Trump Administration. I'm writing you today because conditions in New York City are getting bad, due to the illegal immigrants that completely took over every job. Most of the illegals are Mexicans who possesses driver licenses ID's and social security cards Along with green cards that are fake. We are under attack by illegal Mexicans and South Americans who completely took over all jobs in New York City. Almost every employer in New York City Prefers Mexicans or South Americans for their cheap work. As they are illegal.
  American families are hungry , homeless, and jobless and forced to turn to crimes. Because the jobs are all tooken by illegal Mexicans. The illegal Mexicans are destroying New York City day by day slowly but surely. We are in need of desperate help. Because immigration in New York City are a joke. Every day illegals crowding up trains subways and buses going to work more than Americans. An American can't get a job. But an illegal can. Illegal Mexican families are on public assistance on food stamps and their kids in schools while their men works 2 to 3 jobs. Its a problem finding a job. And when you do find a job, nine times out of ten you will be working with them and you have to compete as if like you are in a third world country, such as Mexico. When they take over a job or a place its hard to keep a job and stay employed. As they are extremely racist and organized like a criminal organization. They will get rid of you in one way or another if they dislike you. They are extremely anti Trump but yet these employers hiring them. We are under attack by those leeches and in need of help. Unfortunately for me I work in the food industry. I struggled to keep a job and keep a roof over my head. Why because the illegal Mexicans completely took over the food industry. We forced to live in shelters and be on public assistance. I just recently came out of a shelter and trying to stay out of shelters but its hard when illegals are here by the million. I have struggled to keep my head above water for years. There are two places you won't see illegal Mexicans at, and they are (1) shelters. (2) DMV. But yet they all have ID's and driver licenses! A few years back two Mexican women who worked in the DMV in Brooklyn who were fired for making and selling Driver licenses to illegal Mexicans and illegal Spanish immigrants. They are like an organized crime family. They are ruthless and do not care about someone who are not Spanish on how he or she going to make a living. Their bellies are full but American children and families are empty. As they live 10 to 15 in one apartment. They send the money they make here back to Mexico. Their goals is to buy a ranch and go back then send the next cousin or brother over here to leech on America. The money they sending to Mexico most of it support drug cartels, as they praise el chapo the drug dealer. But they hate Trump and photo shop his pictures in horrible ways and forms. I have been walking around and taking pictures of them working in places and businesses. Construction, Food industry, such as restaurants pizzerias, bakeries, fast food, Cable companies such as Spectrum,
Drivers non CDL delivery trucks, Private car service, Door men, Food delivery, warehouses and stores. All illegal Mexicans working in every business or company. They are about to destroy New York like they destroyed California, how ten of thousands of families homeless living in

tents in the streets. They are extremely racist once they take over a job or a company.
As I am suing them and the company I'm working for. Just check out my case# 19-cv-01389.
I am at a battle to keep my job. And now that I'm suing its only a matter of time before I would be forced to go back to the shelter system. We are under invasion from Spanish Mexican countries Who literally taking the food right out of our mouths. We need help!!! Please find it in your hearts to clean New York City from those parasites, and all other states as well who also suffering the same condition as we are! I'm having a hard time finding a part time job to support with my full time job. Because the illegal Mexicans each works two jobs. The city officials are absolutely doing nothing about this situation as mayor De Blasio should be impeached for harboring illegal immigrants here in New York City. I humbly ask the Trump administration to please aid us with an emergency help as this is in deed an emergency.

I pray and hope that illegal immigration be stopped completely. As I have faith in the President of the United States Of America. Mr. Trump. As he is the great president that really care and spoke about illegal immigration and detrimental it is to the citizens of this great nation. May god bless Mr. Trump and who ever take this letter seriously. God bless you all and this great nation under one merciful god.

Thank you sincerely for your time. And please close the Mexican border and keep it closed.


Sincerely

Akeel...


Akeel Abdul Jamiel

*[signature]* - 04/05/2019

4/05/2019

2



Akeel Abdul Jamiel
544 Academy street Apt # 414
New York, NY, 10034

The Washington D.C. Headquaters.
of Trump's Transition Team
1717 Pennsylvania Avenue NW
Washington, DC 20006



Ahcad Imam Jammel
5114 Academy Street Apt # 41A
New York, N.Y. 10034

THE White House
1600 Pennsylvania Ave.
NW, Washington, D.C. 20500

**United States District Court**
**Southern District Of New York**

Exhibit (B)

Akeel Abdul Jamiel
-against-
Maison Kayser@USA.com et al
1:19-CV-01389 (GBD) (SDA)

To: Honorable Judge STEWART D. AARON

On June 19th, 2019 I paid $ 120.00 dollars for a job from an agency downtown for a dishwasher job because I couldn't find the job that fits my profession. I started working for the new place which is a restaurant by the name of Sardis at 234 E.44th street, New York, NY 10036. To make an honest living and keep paying taxes. After my first week they had liked me for my hard work, and they were very pleased. Most of the workers in the kitchen are Mexicans and Guatamalans. My supervisor is an illegal Mexican who recently asked me if he can obtain his legal paperwork through marriage. Also there are 6 or 7 more illegals as well that I have heard from a Pakistani employee and one Somalian. I just recently reported them to ICE on line after the incident, which is today July 13th, 2019. After my second week of working at Sardis the Spanish which mostly illegals found out about my lawsuit at my prior job and the Mexicans that I sued at Maison Kayser. As a result they begun to harass me and insult me with the same phrases in Spanish ( el maricon, el perro. and Pinche which means a snitch). They are basically retaliating for their fellow illegals and Spanish. They also found out that I am the homo that wrote a letter to Trump complaining from the illegals such as them. Thanks to Ms. Gabriela de la Vega and Mr. Abel Viveros who spread out copies to every illegal Spanish organization here in New York City and as well as pictures of me on social media and facebook. As a result your honor they had begun to taunt me every day. They kept harassing me and calling a(maricon) which means a homo in Spanish until July 12th 2019 at about 8:53 pm. I complained to one of the cooks who also happens to be a Spanish person. I complained to him about a harassment from a Mexican guy who harassed me at break time. Shortly after my complaint at about 10:43 pm I were called by one of the supervisors who also an illegal by the name of Arlando who have been in the United States for 13th years. He spoke to me in an angry voice and said that they are letting me go. Basically they are firing me. As I walked out going toward the locker room, I saw the Mexican guy that I complained from, he looked at me and laughed. I couldn't take it your honor I walked up to him and struck him in the face. As I did that Mr. Arlando ran behind me and struck me in the back of my head and as I tried to defend my self he backed up and ran to call the police. I can not take the verbal insults your honor from these illegal people who disrespecting United States Laws, by entering the U.S illegally. I left the premises and went home once again fired by the illegals just for crying out loud to them. I won't be able to pick up my check and I am unemployed once again. Your honor the illegal Spanish community also known as the undocumented are planning on chasing me out of the City Of New York as a retaliation For writing the president Of the United States and complaining to him from them. Again your honor the sued Mexicans at Maison Kayser had made sure to spread the word out to every Spanish community to retaliate against me. With all due respect your honor

Next page →

what am I going to do? Sue every place or company that hires me because of the illegals who taunting me. Its not going to work your honor. But I am going to sue Mayor Bill De Blasio for providing a sanctuary for the illegal criminal Spanish organization known as the illegal communities here in New York City as well as the City Of New York for not safeguarding the residence from illegal aliens who are well organized and sticks together against anyone who speaks out against them as they're strongly despise The President Of The United States Of America Mr. Donald J. Trump, and who ever likes him or support him such as my self. I live in a room your honor and pay $ 235.00 weekly. How am I going to support my self, I don't like to ask for hand outs, but want to earn an honest living and I can't because of the illegals who control 90% of the jobs as they hold most of the supervisor positions in every place and company. And Maison Kayser were the company that its Mexican employees that destroyed my character. As Mr. Yann Ledoux avoiding the court and avoiding getting served. The rest of the sued individuals are very aware of his whereabouts and what main office he attends. Such as Ms. Jennifer Villemin and Ms. Anna Ledesma. As Mr. Ledoux has an office at the corporate at the 373 park ave south on the 2nd or 3rd floor. Also he has another office at 1400 Broadway that he attends at the Maison Kayser location there as well. I believe he's avoiding getting served because of immigration purposes. Or perhaps he fled the U.S back to France to avoid getting prosecuted. I respectfully request that a warrant be issued out for his arrest for avoiding United States District Court Order. I have proof that shows Mr. Ledoux as the Main executive chef second in command in the corporation at 373 Park ave south, in New York, NY. That I am submitting as exhibit (X) also Ms. Villemin position as well labeled exhibit(Y). More over your honor I recently received an email from an attorney by the name of Joseph Flanagan who just now representing them, as he asking me for more time in his email. Also I would like to submit as exhibit (Z). As Maison Kayser didn't give me any time before they have decided to fire me even though I'm the one who being victimized. I hope your honor shine a light upon this strange case as the main individual second in command at the corporate office of Maison Kayser running from my complaint because its all true. I pray and hope that Mr. Yann Ledoux get prosecuted to the full extent of the law. As he know he made a huge mistake and messed up. I pray and hope that he pays for my humiliation, pain and suffering, mental abuse and his hired Mexican employees who had destroyed my career and character. Nothing more your honor. May God Bless America and its Great President Mr. Donald J. Trump. I leave it all in your hands.


Sincerely

Akeel Abdul Jamiel

*[signature]*

Date: 7/13/2019

Respectfully Submitted

From: **The White House** noreply@whitehouse.gov
Subject: We Have Received Your Message
Date: April 2, 2019 at 10:40 PM
To: akeelabdul184@gmail.com





Exhibit (CC)

# THE WHITE HOUSE
### WASHINGTON
April 2, 2019

Thank you for contacting the White House. We are carefully reviewing your message.

President Donald J. Trump believes the strength of our country lies in the spirit of the American people and their willingness to stay informed and get involved. President Trump appreciates you taking the time to reach out.

Sincerely,

*The Office of Presidential Correspondence*

*If you wish to receive regular email updates from the White House, please* Click Here. *You may also follow President Trump and the White House on* Facebook, Instagram, Twitter, *and* YouTube.

White House Website | Privacy Policy | Contact the White House



From: **The White House** noreply@whitehouse.gov
Subject: Response to Your Message
Date: April 18, 2019 at 2:37 PM
To: akeelabdul184@gmail.com





**THE WHITE HOUSE**
WASHINGTON

Thank you for taking the time to express your views regarding immigration policy.

My first duty as President is to keep the American people safe, and that obligation guides my approach to immigration and border security.

Immigration to the United States is a privilege, not a right. The Federal Government has the responsibility to enforce all laws passed by Congress, to rigorously vet and screen all foreign nationals seeking entry into the United States, and to keep drugs, criminals, and terrorists from entering our country and threatening our citizens.

Additionally, we must have responsible controls on the future entry of foreign workers to protect jobs and wages for existing United States workers of all backgrounds. I have issued an Executive Order to help accomplish this goal, as I promised during the campaign.

Further, we achieved a record reduction in illegal immigration on the Southern border, an effort that requires constant vigilance against a wide array of threats and challenges. We are also taking action to confront unlawful sanctuary city jurisdictions that dangerously shield criminal aliens. Moreover, I have called on Congress to end the visa lottery and extended-family chain migration, and to move toward a merit-based immigration system. Crucially, we have begun planning and preparations for the border wall, which we need to stop the trafficking of drugs, guns, weapons, and people.

If we continue to enforce our laws and protect our communities, families, and struggling workers, we will reduce our deficit, increase incomes, and make our communities safer for each and every American both now and in the future.

Sincerely,

*[signature: Donald Trump]*

United States District Court
Southern District Of New York

==Exhibit (E)==

Akeel Abdul Jamiel
-against-
Maison Kayser@USA.com et al
1:19-CV-01389 (GBD) (SDA)

The above is My entire whole lawsuit that I'm submitting as exhibit (E)